IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DWAYNE LESTER,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO SHERIFF DEPARTMENT, DEPUTY NUE, JASON TILTON, STEPHEN TILTON, SAN FRANCISCO COUNTY JAIL MEDICAL DEPARTMENT, VILASKA NGUYEN, SUSAN SHALIT, DUNCAN CARLING, SAN FRANCISCO HALL OF JUSTICE, DEPUTY SHERIFF HERNANDEZ, SGT. ALVIN LING, LATEEF GRAY,<br><br>  Defendants. | No. C 13-1215 WHA (PR)<br><br>**ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**(Dkt. 2)** |

Plaintiff filed this pro se civil rights action against municipal entities of the City and County of San Francisco and employees of the San Francisco County Sheriff's Department. The complaint is a copy of the complaint filed in another case that plaintiff opened shortly before this one. *See Lester v. San Francisco Sheriff Department, et al.*, No. C 13-1120 WHA (PR). There is no need to have two open cases for a single complaint. Accordingly, this case is **Dismissed.**

In light of plaintiff's lack of resources, his application for leave to proceed in forma pauperis ("IFP") is **GRANTED**. Because plaintiff is not in custody, he is not a "prisoner" within

the meaning of the therefore not subject to 28 U.S.C. 1915(b) requiring prisoners who are granted IFP status to nevertheless pay the filing fee in installments.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: April _____, 2013.

5/1/2013

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.13\LESTER1215.DSM.wpd

2