IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DWAYNE LESTER,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO SHERIFF DEPARTMENT, DEPUTY NUE, JASON TILTON, STEPHEN TILTON, SAN FRANCISCO COUNTY JAIL MEDICAL DEPARTMENT, VILASKA NGUYEN, SUSAN SHALIT, DUNCAN CARLING, SAN FRANCISCO HALL OF JUSTICE, DEPUTY SHERIFF HERNANDEZ, SGT. ALVIN LING, LATEEF GRAY,<br><br>Defendants.<br>_____/ | No. C 13-1215 WHA (PR)<br><br>**JUDGMENT** |

Pursuant to the order of dismissal, judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: April _____, 2013.

5/1/2013

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.13\LESTER1215.JUD.wpd